UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
KINGSVISION PAY-PER-VIEW, LTD. as
broadcast licensee of the May 14, 2005
Wright/Trinidad Program,

                          Plaintiff,                          ORDER

      -against-                         07 CV 0355 (ILG) (RER)

GENARA CORNIEL and 3747 NINA RESTAURANT
CORPORATION, both doing business as
Nina Restaurant,

                          Defendants.
-------------------------------------------------------------------x
GLASSER, United States District Judge:

       A Report and Recommendation of Magistrate Judge Reyes, dated June 29, 2007, recommended that a default judgment be entered against defendants jointly and severally, awarding plaintiff $3,550 in damages, and that objections, if any, must be filed and served within ten business days, and that failure to do so may waive his right to appeal. As of this date, no objection has been filed.

       The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety and incorporated by reference to it. Accordingly, it is hereby ordered that plaintiff's motion for a default judgment is granted and that plaintiff is awarded $3,550 in damages against defendants jointly and severally.

       Plaintiff is directed to serve copies of this Order upon defendants by certified mail, return receipt at their last known address and to file proof of service with the Court.

       SO ORDERED.

Dated:     Brooklyn, New York
             September 6, 2007

                                                   S/
                                        I. Leo Glasser